FAUSTINO PÉREZ, Petitioner, *v.* DISTRICT COURT OF PONCE, JUDGE ANGEL ACOSTA QUINTERO, Respondent.

No. 501. Argued November 30, 1925.—Decided January 18, 1926.

CERTIORARI—APPEAL—STATEMENT OF CASE.—A judge who did not preside at the trial has no authority to approve a statement of the case for the purpose of an appeal.

District Court of Ponce, Angel Acosta Quintero, J. Certiorari to review order approving statement of the case. *Order set aside.*

*Felipe Colón Díaz* and *Leopoldo Tormes* for the petitioner. *José E. Figueras, Fiscal,* for the respondent.

MR. CHIEF JUSTICE DEL TORO delivered the opinion of the court.

Faustino Pérez filed a petition for a writ of certiorari, alleging that notwithstanding objection to the authority of Judge Angel Acosta Quintero to approve the statement of the case for an appeal taken by the petitioner in a criminal case not tried before Judge Acosta, he approved it. The petitioner cited in support of his contention the decisions of this court in the cases of *People* v. *Collado,* 33 P.R.R. 114, and *People* v. *Coll,* 18 P.R.R. 355.

The writ was issued. The respondent filed no pleading. An examination of the original record brought up to this court corroborates the allegation of the petitioner that the judge who approved the statement of the case was not the judge who presided at the trial.

In the *Collado Case, supra,* the decision in the *Coll Case, supra,* was ratified and a fuller study of the subject was made, it being held clearly that a judge who does not pre-

side at the trial has no authority to approve the statement of the case.

Therefore, the approval order is set aside and the case is remanded to the court wherein it originated for further proceedings not inconsistent with this opinion.